**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| -against- | 24 Civ. 08081 (BMC) |
| CYRIL CABANES, | |
| Defendant. | |
| UNITED STATES OF AMERICA | |
| -against- | 24 Cr. 433 (NGG) |
| GAUTAM S. ADANI et al. | |
| Defendants. | |

**NOTICE OF RELATED CASE FILING**

Plaintiff Securities and Exchange Commission, by its undersigned counsel in the action *SEC v. Adani, et al.*, 24-cv-08080 (VMS) ("Adani Civil Action") and pursuant to Rule 3(b) of the Rules for Division of Business for the Eastern District of New York, provides notice of its filing in the Adani Civil Action, attached hereto as Exhibit A, requesting that *SEC v. Cabanes*, 24-cv-8081-BMC ("Cabanes Civil Action") be deemed related to the Adani Civil Action. This filing is also being made on the docket of *U.S. v. Adani*, *et al.*, 24-cr-433 (NGG), as that criminal matter, which also arises from the same transactions and/or events as the Adani Civil Action and Cabanes Civil Action, may be affected under Division of Business Rule 3(b).

Dated:  New York, NY
          December 5, 2024

                                              Respectfully submitted,

                                              /s/  Christopher M. Colorado
                                              Christopher M. Colorado
                                              Securities and Exchange Commission
                                              New York Regional Office
                                              100 Pearl Street, Suite 20-100
                                              New York, NY 10004-2616
                                              212-336-9143 (Colorado)

                                              *Attorney for Plaintiff*
                                              *Securities and Exchange Commission in*
                                              *SEC v. Adani, et al.*, 24-cv-08080-VMS