
**HERBERT SMITH
FREEHILLS
KRAMER**

Herbert Smith Freehills Kramer (US) LLP
1177 Avenue of the Americas
New York, NY 10036
T +1 212 715 9264
F +1 212 715 8064
E paul.schoeman@hsfkramer.com
www.hsfkramer.com

August 12, 2026

<u>**Via ECF**</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Adani, et al.*, No. 24-cr-433 (NGG)

Dear Judge Garaufis:

We represent Ranjit Gupta in the above-captioned case and are writing in response to the Court's Order dated August 10, 2026.  Mr. Gupta has given me limited authorization to submit this letter solely to confirm for the Court his consent to the Department of Justice's motion to dismiss with prejudice the single count against him, Count 1.

Respectfully submitted,

Paul H. Schoeman, Esq.

cc:  Counsel of Record (via ECF)
Non-Appearing Defense Counsel (via E-mail)

Herbert Smith Freehills Kramer LLP and its affiliated and subsidiary businesses and firms, Herbert Smith Freehills Kramer (US) LLP and its affiliate, and Herbert Smith Freehills Kramer, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills Kramer.

In New York, we practice through both Herbert Smith Freehills Kramer New York LLP, a limited liability partnership registered in England and Wales with registered number OC375072 and Herbert Smith Freehills Kramer (US) LLP, a registered limited liability partnership organized under the laws of the State of New York with an office at 1177 Avenue of the Americas, New York, NY 10036. In Washington, D.C. and California, we practice through Herbert Smith Freehills Kramer (US) LLP. We use the word partner of Herbert Smith Freehills Kramer New York LLP or of Herbert Smith Freehills Kramer (US) LLP to refer to a member of those entities, or an employee or consultant with equivalent standing and qualifications.

KL3 3794700.1