**U.S. Department of Justice**

September 28, 2026

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Gautam S. Adani et al.
Criminal Docket No. 24-433 (NGG)

"A party petitioning for a writ of mandamus or prohibition directed to a court … must also provide a copy to the trial-court judge." Fed. R. App. P. 21(a)(1). The attached petition for a writ of mandamus was filed today at the Second Circuit.

/s/

R. TRENT MCCOTTER
Acting Deputy Attorney General

cc: Counsel of Record (by ECF)